# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Amy D. Hashman,**

    **Plaintiff,**

    **v.**                                  **Case No. 2:14–cv–478**

**Commissioner of Social Security,**        **Judge Michael H. Watson**

    **Defendant.**

## ORDER

On February 20, 2015, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Amy D. Hashman's ("Plaintiff") Complaint in this Social Security case. The R&R recommended reversing the decision of the Commissioner of Social Security Administration and remanding the case to the Commissioner and Administrative Law Judge ("ALJ"). R&R at 15, ECF No. 16.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge. *Id.* at 15–16. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED** to the Commissioner and ALJ under Sentence Four of § 405(g). The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**