# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Amy Hashman,**

    **Plaintiff,**
    **v.**                                      **Case No. 2:14-cv-478**

**Commissioner of Social Security,**    **Judge Michael H. Watson**

    **Defendant.**

## ORDER

Magistrate Judge Kemp issued a Report and Recommendation ("R&R") recommending the Court grant Plaintiff's motion for attorney's fees under the Equal Access to Justice Act in the amount of $6,184.50 in this Social Security case. R&R 2, ECF No. 20. The R&R advised the parties of the right to object within fourteen days of the issuance thereof and warned the parties that a failure to object would amount to a waiver of the right to *de novo* review by the Undersigned and a waiver of the right to appeal the decision of the District Court. *Id.* at 3. The deadline for objecting has passed, and no objections were filed. Accordingly, the Court **ADOPTS** the R&R and awards Plaintiff attorney's fees in the amount of $6,184.50, which shall be paid to Plaintiff's counsel unless there is an offsetting debt owed to the United States.

**IT IS SO ORDERED.**

                                                        */s/ Michael H. Watson*
                                                       **MICHAEL H. WATSON, JUDGE**
                                                       **UNITED STATES DISTRICT COURT**